**Opinion issued June 27, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————————

## NO. 01-23-00855-CV

———————————————

**STEVEN WELCH D/B/A AFFORDABLE ENGINE EXCHANGE, Appellant**

**V.**

**STEVEN WUKASCH, Appellee**

---

**On Appeal from 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-00739**

---

## MEMORANDUM OPINION

Appellant Steven Welch doing business as Affordable Engine Exchange failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On March 13, 2024, the Clerk of this Court notified Appellant that his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We

directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.